UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>                Plaintiff,<br><br>   v.<br><br>BEETHAM TRAN LAW FIRM,<br><br>                Defendant. | Case No. C23-1224-JLR<br><br>REPORT AND RECOMMENDATION |

       Plaintiff Cortez Daundre Jones, proceeding pro se in this civil matter, filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. Plaintiff's IFP application indicates he is currently employed with a salary of $35,000, received at least $648,000 through a business or other sources of income and $32,000 in benefits over the past twelve months, and owns $324,000 in stocks. *Id*. at 1–2. The application also indicates he pays $4,000 in regular monthly expenses. *Id*. at 2.

       Because it appears Plaintiff has financial resources allowing for payment of the Court's $402.00 filing fee, the Court recommends the IFP application, Dkt. 1, be DENIED. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP application, within **thirty (30) days**

REPORT AND RECOMMENDATION - 1

after entry of the Court's Order adopting this Report and Recommendation.  If Plaintiff fails to pay the fee or submit a corrected application, the Clerk should close the file.

The Court further notes that this matter appears appropriate for review under 28 U.S.C. § 1915(e)(2)(B).  Pursuant to that provision, when a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court shall dismiss the case at any time.   28 U.S.C. § 1915(e)(2)(B).  The undersigned therefore also recommends review under § 1915(e)(2)(B), as may be prompted by payment of the filing fee.

Dated this 15th day of August, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2