1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>Plaintiff,<br><br>v.<br><br>BEETHAM TRAN LAW FIRM,<br><br>Defendant. | CASE NO. C23-1224JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Cortez Daundre Jones's objections to Magistrate Judge S. Kate Vaughan's report and recommendation recommending that the court deny Mr. Jones's motion for leave to *in forma pauperis* ("IFP"). (Obj. (Dkt. # 6); *see* IFP Mot. (Dkt. # 1); R&R (Dkt. # 4).) Plaintiffs are not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). Accordingly, the court adopted Magistrate Judge Vaughan's report and recommendation without first affording Mr. Jones an opportunity to object to her report and recommendation. (8/16/23

Order (Dkt. # 5).) The court therefore DIRECTS the Clerk to strike Mr. Jones's objections to Magistrate Judge Vaughan's report and recommendation (Dkt. # 6). The court reminds Mr. Jones that his case will be dismissed if he fails to pay the filing fee by **September 15, 2023**. (*See* 8/16/23 Order at 1.)

Dated this 30th day of August, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge