1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| CORTEZ DAUNDRE JONES, | CASE NO. C23-1224JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BEETHAM TRAN LAW FIRM, | |
| Defendant. | |

15    On August 16, 2023, the court adopted Magistrate Judge S. Kate Vaughan's report

16 and recommendation, in which she recommended that the court deny *pro se* Plaintiff

17 Cortez Daundre Jones's motion to proceed *in forma pauperis* ("IFP").  (*See* 8/16/23

18 Order (Dkt. # 5); *see also* R&R (Dkt. # 4).)  The court ordered Mr. Jones to pay the $402

19 filing fee by September 15, 2023, and warned him that this case would be dismissed if he

20 failed to do so.  (*See* 8/16/23 Order.)

21 //

22 //

The September 15, 2023 deadline has now passed, and Mr. Jones has not paid the filing fee.  (*See generally* Dkt.)  Accordingly, the court DISMISSES this action without prejudice.

Dated this 18th day of September, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2